UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-41-1H(2)
NO. 7:17-CR-41-2H(2)

| | |
|---|---|
| IN RE: Luis Antonio Bonilla, Jr. and Darwin Dial, Jr. | ORDER TO SEAL INDICTMENT |
| NINE-COUNT INDICTMENT PRESENTED ON ~~MAY 1, 2017~~ April 24 2017 | |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on May 1, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 24 day of April, 2017.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE