UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Luis Antonio Bonilla Jr.**　　　　　　　　**Docket No. 7:17-CR-41-1FL**

### Petition for Action on Supervised Release

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Luis Antonio Bonilla Jr., who, upon an earlier plea of guilty to Count 1: Conspiracy to Distribute and Possess With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; Count 7: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(C)(1)(A)(i), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 10, 2018, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Luis Antonio Bonilla Jr. was released from custody on December 19, 2025, at which time the term of supervised release commenced.

On May 6, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 17, 2026, the defendant was charged with the offenses of Driving While Impaired and Reckless Driving- Wanton Disregard (26CR284899) in Robeson County, North Carolina. When confronted the defendant admitted to consuming alcohol at a family function but denied that he was impaired. The defendant refused to submit a breath sample at the time of arrest, so no chemical analysis is available in this matter. These charges are currently pending in state court. Due to the nature of these offenses, the defendant was presented with a waiver to participate in the Remote Alcohol Monitoring (RAM) program for 90 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

**Luis Antonio Bonilla Jr.**
**Docket No. 7:17-CR-41-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: May 19, 2026

## ORDER OF THE COURT

Considered and ordered this ____28th____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge